443 F.2d 359
 UNITED STATES of America, Plaintiff-Appellee,
v.
ONE 1952 PIPER TRI-PACER AIRCRAFT, Defendant,
Samuel L. Kranzthor, Owner, Defendant-Appellant.
 No. 30904.
 United States Court of Appeals, Fifth Circuit.
 June 7, 1971.
 
 Lee A. Chagra, El Paso, Tex., for defendant-appellant.
 Ralph E. Harris, Asst. U. S. Atty., El Paso, Tex., Seagal V. Wheatley, U. S. Atty., San Antonio, Tex., for plaintiff-appellee.
 Before GOLDBERG, GODBOLD and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966